No. 45, Misc.   READ v. ZIMMERMAN; and

No. 46, Misc.   EX PARTE LEE.   October 28, 1946.   Applications denied.   MR. JUSTICE MURPHY took no part in the consideration or decision of these applications.

━━━━━━

No. 47, Misc.   EX PARTE EVANS.   October 28, 1946. The motion for leave to file petition for writ of habeas corpus is denied.   MR. JUSTICE MURPHY took no part in the consideration or decision of this application.